UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-11179-RGS

ELVIS HAROLD REYES

v.

UNITED STATES OF AMERICA

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

July 24, 2026

STEARNS, D.J.

I agree with Magistrate Judge Levenson that the petition should be construed as an application for writ of habeas corpus based on the claim that petitioner's sentence (imposed by a judge of the Middle District of Florida in 2021 after petitioner was convicted of mail fraud and aggravated identity theft) violated the Eighth Amendment's protection against cruel and unusual punishments). I further agree with the Magistrate Judge that this court lacks jurisdiction to entertain petitioner's request for the reasons well explained in his Report and Recommendation. [1]  Consequently, the

---

[1] Petitioner has not filed an Objection to the Report and Recommendation within the time allotted.

1

Recommendation is <u>ADOPTED</u>, and the petition is <u>DISMISSED</u> with prejudice.   The Clerk shall so notify the petitioner and close the case.[2]

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[2]  Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order dismissing his petition is also <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an appeal.